## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 32 MM 2015
:
Respondent :
:
:
:
:
v. :
:
:
:
PETER ALLEN TREADWAY, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of March, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**, **WITHOUT PREJUDICE** to Petitioner's right to seek similar relief through the Post Conviction Relief Act.